IN THE SUPREME COURT OF TEXAS

 No. 07-0219

 IN RE ASHLEY, HUMPHRIES & SANCHEZ; J. TOM ASHLEY, III; JAMES L. HUMPHRIES;
 AND JUAN H. SANCHEZ

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed June 28, 2007, is
granted. All trial court proceedings in Cause No. 03-08-41774, styled
Premont Independent School District v. Braselton Construction Company, et
al., in the 79th District Court of Jim Wells County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 21, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk